LAURA E DUFFY
United States Attorney
Andrew R. Haden
Assistant U.S. Attorney
California Bar No: 258436
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6961
Email:  andrew.haden@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT SINGH DHALLIWAL,<br><br>Defendant | Case No: 15-CR-2117-MMA<br><br>Date:   February 5, 2016<br>Time:   9:30 am<br><br>The Honorable Michael M. Anello<br><br>**THE UNITED STATES'**<br>**SENTENCING SUMMARY CHART** |

  The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Laura E. Duffy, United States Attorney and Andrew R. Haden, Assistant U.S. Attorney, hereby files its Sentencing Summary Chart, which is based upon the files and records of this case.

  DATED:  January 29, 2016      Respectfully submitted,

                 LAURA E. DUFFY
                 United States Attorney

                 /s/Andrew R. Haden
                 Assistant United States Attorney

SENTENCING SUMMARY CHART
[ ☒ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: February 5, 2016

USPO [ ☐ ]
AUSA [ ☒ ]
DEF [ ☐ ]

| Field | Value |
|---|---|
| Defendant's Name: | Dhalliwal, Scott Singh |
| Docket No.: | 15-CR-2117-MMA |
| Attorney's Name: | Andrew R. Haden |
| Phone No.: | 619-546-6961 |
| Guideline Manual Used: | November 2015 |
| Agree with USPO Calc.: | Yes ☐ No ☒ |

| | |
|---|---:|
| Base Offense Level(s): possession of firearm by felon [2K2.1(a)(7)] | 12 |
| Specific Offense Characteristics: | |
| S.O.C. Offense Involved 25-99 firearms [2K2.1(b)(1)(C)] | +6 |
| S.O.C. Trafficking of Firearms [2K2.1(b)(5)] | +4 |
| Victim Related Adjustment: | |
| Adjustment for Role in the Offense [USSG §3B1.2] | |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjusted Offense Level: | |

☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim.

| | |
|---|---:|
| Adjustment for Acceptance of Responsibility [☒ Government Motion – USSG §3E1.1(b)] | -3 |
| Total Offense Level: | 19 |
| Criminal History Score: | 0 |
| Criminal History Category: | I |

___ Career Offender     ___ Armed Career Criminal

Guideline Range:                                                from  30  mths
(Range limited by: __minimum mand.    ___statutory maximum       to   37  mths
Departures:

| | |
|---|---:|
| Combination of Circumstances [5K2.0]* | -2 |

Resulting Guideline Range: Adjusted Offense Level: 17           from  24  mths
                                                                  to   30  mths

RECOMMENDATION:                     5 years Probation (per Plea)
GOVERNMENT ALSO RECOMMENDS:

* From the United States perspective, this departure is being requested based on Dhalliwal's age, unlikely recidivism, loss of the ability to own firearms, and responsibilities for other members of his family.  His status as a veteran is also relevant.  The United States does, however, find it quite puzzling that Dhalliwal claims to have been awarded a Purple Heart for wounds sustained during a terrorist attack, yet that is not reflected on his DD-214.  *Compare* Doc. 19 at 3:9-12 with Exh. A.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-CR-2117-MMA |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| SCOTT SINGH DHALLIWAL, | |
| Defendant. | |

I, the undersigned declare under penalty of perjury, that I am over the age eighteen years and I am not a party to the above-entitled action. I have caused service of the United States' Sentencing Summary Chart on the following parties by electronically filing the foregoing with the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them:

Matthew M. Moreczko, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2016

/s/ *Andrew R. Haden*
Andrew R. Haden
Assistant U.S. Attorney